**Order entered April 11, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00053-CV**

## IN THE INTEREST OF A.W., K.W., AND C.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-18501**

**No. 05-22-00054-CV**

## IN THE INTEREST OF A.H., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-22246**

### ORDER

Before the Court is the Department's April 8, 2022 first motion to extend time to file its briefs. We **GRANT** the motion and **ORDER** the briefs be filed no later than April 29, 2022.

/s/    DENNISE GARCIA
         JUSTICE